IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DARRENTON WILLIAMS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALOHA POOLS AND SPAS, LLC, ALOHA POOLS AND SPAS OF JACKSON, LLC, and DENNIS and MICHELLE COOK, in their individual capacities, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 1:17-cv-01129-SHL-egb <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER APPROVING SETTLEMENT AGREEMENT**

Upon the parties' Second Joint Motion for Settlement Approval (ECF No. 36),[1] and the Court having reviewed the Second Joint Motion and the attached Settlement Agreement and Release (ECF No. 36 at 1), and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** by this Court:

1. Having found that the Settlement Agreement represents a fair and reasonable resolution to a bona fide dispute, the Joint Motion to Approve the Settlement Agreement and Dismiss Action with Prejudice is **GRANTED**.

---

[1] The parties' first Motion for Settlement Approval was denied. (ECF No. 35.) The Court informed the parties that any proposed agreement must be filed on the docket, consistent with Steele v. Staffmark Investments, LLC, 172 F. Supp. 3d 1024 (W.D. Tenn. 2016), and that the parties were expected to submit arguments that any proposed settlement agreement was a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir. 1982). The parties have since complied with the Court's instructions.

2. The Settlement Agreement and Release, which includes waiver of Fair Labor Standards Act claims as raised in this lawsuit, submitted as an attachment to the parties' Second Joint Motion for Settlement Approval is **APPROVED**.

3. The parties are directed to enter a stipulation of dismissal with prejudice by **March 8, 2018**.

**IT IS SO ORDERED,** this 1st day of March, 2018.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
